UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JENNIFER A. MCCARTY                            :

                Plaintiff,              :

                                                                        Case No. 05-0505-S(Sc)

  vs.                                                            :

CAPITAL MANAGEMENT SERVICES, INC,    :

                Defendant.            :
_____

## **AFFIRMATION**


I, Tami Eichelberger affirm that the following statements are true and correct under penalties of perjury:

1. That I am a paralegal with the Law Offices of Kenneth Hiller.

2. That I have spent the following time doing the tasks described below in the above-captioned case:

| Date | Task | Time |
|---|---|---|
| 6/13/05 | Meet with attorney to discuss case | .3 hrs. |
| 7/11/05 | Receive complaint from attorney with instructions to file; ready complaint and associated papers, including summons for filing | 1.0" |
| 7/13/05 | Meet with attorney who makes final review of papers and approves their filing | .2" |
| 7/13/05 | Meet with attorney who advises how to serve Defendant; Send summons and complaint to process server for service on Defendant | .3" |

TOTAL TIME                                                                                                         1.8 hrs.

DATED:  December 23, 2005					s/ Tami Eichelberger____
							Tami Eichelberger