UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| JENNIFER A. MCCARTY, | : |
| Plaintiff, | : |
| vs. | : Case No. 05-0505-S |
| CAPITAL MANAGEMENT SERVICES, INC, | : |
| Defendant. | : |

_____

## **PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT**

Plaintiff Jennifer A. McCarty hereby acknowledges that the judgment entered herein on December 16, 2005, and the amended judgment entered herein July 18, 2006 have been paid and satisfied in full.

Dated: This 2nd day of September, 2006.

                                                                                              Respectfully submitted,

                                                                                              s/Kenneth R. Hiller_____
                                                                                              Kenneth R. Hiller, Esq.
                                                                                              2001 Niagara Falls Boulevard
                                                                                              Amherst, NY  14228
                                                                                              (716) 564-3288
                                                                                              Email: khiller@kennethhiller.com